IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-CV-00018-SKC

**CAROLYN DROTAR,**

    Plaintiff,

v.

**HOBBY LOBBY STORES, INC.,**

    Defendant.

---

## STIPULATED MOTION TO DISMISS WITH PREJUDICE

---

    The parties, by their respective undersigned attorneys, hereby stipulate and agree that they have resolved all claims asserted by Plaintiff Carolyn Drotar against Defendant Hobby Lobby Stores, Inc. and that such claims should be dismissed with prejudice. Each party shall pay its own costs, expenses, and attorney fees. The parties request that an Order for Dismissal with Prejudice be entered by the Court.

    Respectfully submitted this 6th day of February 2025.

| THE LAW OFFICES OF DIANNE SAWAYA, LLC. | HALL & EVANS, LLC |
|---|---|
| *s/Nathan T. Mattison* | *s/Zachary D. Wagner* |
| Nathan T. Mattison, Esq. | Christopher Bryan, Esq. |
| Jimoh H. Yussuf, Esq. | Zachary D. Wagner, Esq. |
| The Law Offices of Dianne Sawaya, LLC | 1001 17th Street, Suite 300 |
| 1300 Cherry Creek Drive South, Ste. 1030 | Denver, CO 80202 |
| Denver, CO 80246 | **Attorneys for Defendants Hobby Lobby Stores, Inc.** |
| **Attorneys for Plaintiff** | |

1

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 6th day of February, 2025, I electronically filed the foregoing **STIPULATED MOTION TO DISMISS WITH PREJUDICE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to parties or counsel registered through ECF. In addition, I hereby certify that I have served via electronic mail the foregoing document to the following non-CM/ECF participants:

Nathan T. Mattison, Esq.
Jimoh Yussuf, Esq.
Law Offices of Dianne Sawaya, LLC
4500 Cherry Creek Drive South, Suite 1030
Denver, CO 80246
nmattison@dlslawfirm.com
jyussuf@dlslawfirm.com

*s/ Sarah Stefanick*